UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY FISHER,

        Plaintiff,

        v.

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant,
_____/

Case No. 1:09-cv-1096

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties and no objections have been filed.

NOW THEREFORE, the Report and Recommendation (Dkt. #12) is hereby adopted as the opinion of the Court. Accordingly,

**IT IS HEREBY ORDERED** that the decision of the Commissioner of Social Security is **AFFIRMED**.

Date: March 15, 2011

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge