UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY FISHER,

    Plaintiff,

Case No. 1:09-cv-1096

v.

HONORABLE PAUL L. MALONEY

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## **JUDGMENT**

Having issued an order adopting a report and recommendation and affirming the decision of the Commissioner of Social Security, pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of Defendant and against Plaintiff.

Date: March 15, 2011                                   /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                     Chief United States District Judge